UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENJAMIN DAVIS, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> SHERIFF LUPE VALDEZ, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:08-CV-2116-G <br><br> **ECF** |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

January 15, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**